# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV <u>11-4556-GAF (PLA)</u>                                      Date  <u>October 18, 2011</u>

Title:  <u>Robert G. Rasmussen v. City of Hermosa Beach, et al.</u>

---

**PRESENT:  THE HONORABLE     PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       ( IN CHAMBERS)

Plaintiff is ordered to show cause in writing **no later than November 2, 2011**, why this action should not be dismissed for lack of prosecution as to all defendants other than the City of Hermosa Beach.  In the absence of an answer by defendants other than the City of Hermosa Beach, the Court will consider the filing of plaintiff's request for entry of default as to those defendants, on or before the above date, as an appropriate response to this Order.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  This matter will stand submitted upon the filing of a timely response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action as to defendants other than the City of Hermosa Beach.

cc:    Robert G. Rasmussen, Pro se
       David G. Torres-Siegrist, Esq.

Initials of Deputy Clerk <u>   ch   </u>

CV-90 (10/98)                                           CIVIL  MINUTES  -  GENERAL