# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT G. RASMUSSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HERMOSA BEACH, et al.,<br><br>    Defendants. | No. CV 11-4556-GAF (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's amended report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The amended report and recommendation is adopted.
2. Defendant's Motion to Dismiss is granted.
3. Plaintiff's Complaint is dismissed with leave to amend.

/

/

1  4. If plaintiff desires to pursue this action, he shall file a First Amended Complaint
2  correcting the deficiencies of his claims within 20 days of the date of this Order.

DATED: January 12, 2012

  _____
  HONORABLE GARY A. FEESS
  UNITED STATES DISTRICT JUDGE