MARTIN L. CARPENTER - State Bar No. 70393
DAVID G. TORRES-SIEGRIST – State Bar No. 220187
CARPENTER, ROTHANS & DUMONT
888 S. Figueroa Street, Suite 1960
Los Angeles, CA  90017
(213) 228-0400
(213) 228-0401 [Fax]
mcarpenter@crdlaw.com/dsiegrist@crdlaw.com

Attorneys for Defendant, CITY OF HERMOSA BEACH, a public entity

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. RASMUSSEN<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF HERMOSA BEACH, et al.<br><br>         Defendants. | Case No.: CV11-4556 GAF (PLA)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AS TO ALL DEFENDANTS**<br><br>Fed.R.Civ.P. 41(a)(1) |

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all defendants served and un-served.

IT IS SO RECOMMENDED.

DATED:  February 2, 2012    _____
**Honorable Paul L. Abrams**
**U.S. Magistrate Judge**

IT IS SO ORDERED.

DATED:     February 2, 2012    _____
**Honorable Gary A. Feess**
**U.S. District Judge**

_____1_____
ORDER DISMISSING ENTIRE ANCTION WITH PREJUDICE